# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § <br> § <br> § <br> v. § <br> § <br> MICHAEL GLEN LEE (3) § <br> § <br> § | Criminal Action No. 4:15-CR-109 <br> (Judge Mazzant/Judge Love) |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the above-referenced criminal action, the Court having heretofore referred the request for the revocation of Defendant's supervised release to the United States Magistrate Judge for proper consideration. The Court has received the Report and Recommendation of the United States Magistrate Judge pursuant to its order. Defendant having waived allocution before the Court as well as his right to object to the report of the Magistrate Judge, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct.

It is therefore **ORDERED** that the Report and Recommendation of United States Magistrate Judge is **ADOPTED** as the opinion of the Court.

It is further **ORDERED** that Defendant's supervised release is hereby **REVOKED**.

It is further **ORDERED** that Defendant be committed to the custody of the Bureau of Prisons to be imprisoned for a term of twelve (12) months and one (1) day. The upward departure of a single day allows Defendant to receive any good time credit for which he is eligible.

The Court also recommends that Defendant be housed in FCI Seagoville, Texas, if

appropriate.

**IT IS SO ORDERED.**

SIGNED this 15th day of August, 2023.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE